| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Kevin T Simon, SBN-180967<br>Simon & Resnik, LLP<br>15233 Ventura Blvd., Suite 300<br>Sherman Oaks, CA 91403<br>Telephone: 818-783-6251<br>Facsimile: 818-783-6253<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Carl R. Daniels<br><br><br>Debtor(s). | CHAPTER: 13<br>CASE NO.: SV09-21176-GM<br>DATE: 9/24/09<br>TIME: 9:30 AM<br>CTRM: 303<br>FLOOR: 3rd |
|---|---|

# NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE
### (with supporting declarations)
**(MOVANT:** Carl R. Daniels **)**

1. NOTICE IS HEREBY GIVEN to <u>ALL CREDITORS</u> ("Secured Creditor/Lessor"), Trustee (if any), and affected creditors ("Responding Parties"), their attorneys (if any), and other interested parties that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order imposing a stay or continuing the automatic stay as to certain creditors and actions described in the Motion on the grounds set forth in the attached Motion.

2. **Hearing Location:**
   ☐ **255 East Temple Street, Los Angeles**          ☐ **411 West Fourth Street, Santa Ana**
   ☒ **21041 Burbank Boulevard, Woodland Hills**     ☐ **1415 State Street, Santa Barbara**
   ☐ **3420 Twelfth Street, Riverside**

3. a. ☒ This Motion is being heard on REGULAR NOTICE pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response to this Motion with the Bankruptcy Court and serve a copy of it upon the Movant's attorney (or upon Movant, if the Motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this Motion.

   b. ☐ This Motion is being heard on SHORTENED TIME. If you wish to oppose this Motion, you must appear at the hearing. Any written response or evidence must be filed and served:
   ☐ at the hearing     ☐ at least _____ court days before the hearing.

   (1) ☐ A Motion for Order Shortening Time was not required (according to the calendaring procedures of the assigned judge).

   (2) ☐ A Motion for Order Shortening Time was filed per Local Bankruptcy Rule 9075-1(b) and was granted by the Court and such motion and order have been or are being served upon the appropriate creditor(s) and trustee, if any.

   (3) ☐ A Motion for Order Shortening Time has been filed and remains pending. Once the Court has ruled on that Motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached Motion and the deadline for filing and serving a written opposition to the Motion.

4. You may contact the Bankruptcy Clerk's Office to obtain a copy of an approved court form for use in preparing your response *(Optional Court Form F 4001-1M.RES)*, or you may prepare your response using the format required by Local Bankruptcy Rule 1002-1.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised October 2005                                                                                                                F 4001-1M.IS

| In re | (SHORT TITLE) | CHAPTER: 13 |
|---|---|---|
| Carl R. Daniels | Debtor(s). | CASE NO.: SV09-21176-GM |

5. If you fail to file a written response to the Motion or fail to appear at the hearing, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Dated: 9/9/09

SIMON & RESNIK, LLP
*Print Law Firm Name (if applicable)*

KEVIN T. SIMON
*Print Name of Individual Movant or Attorney for Movant*

*Signature of Individual Movant or Attorney for Movant*

| In re (SHORT TITLE) | CHAPTER: 13 |
|---|---|
| Carl R. Daniels                                     Debtor(s). | CASE NO.: SV09-21176-GM |

## MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE
### (MOVANT: Carl R. Daniels )

1. **The Property or Debt at Issue:**

   a. ☒ Movant moves for an order imposing a stay with respect to the following property ("this Property" or "the Property") :

   ☐ Vehicle *(describe year, manufacturer, type, and model)*: 2005 Chryslter PT Cruiser
   *Vehicle Identification Number:*
   *Location of vehicle (if known):* Unknown

   ☐ Equipment *(describe manufacturer, type, and characteristics)*:
   *Serial number(s):*
   *Location (if known):*

   ☐ Other Personal Property *(describe type, identifying information, and location)*:

   ☒ Real Property
   *Street Address:* 26617 Redstart Ct.
   *Apt./Suite No.:*
   *City, State, Zip Code:* Santa Clarita, CA 91351
   Legal description or document recording number(include county of recording):
   ☒ See attached continuation page

   The following creditor(s) have a security interest or unexpired lease in this Property (give full name and address of creditor) SPS _____ to secure the sum of approximately $465,658.37 now owed. ("Secured Creditor/Lessor"). Additional creditors who are the subject of this motion, and their respective claims, addresses and collateral, are described on the continuation sheets attached. *(Attach additional sheets as necessary)*

   b. ☐ Movant moves for an order **imposing a stay** with respect to *any and all actions* against the Debtor and the estate taken concerning the debt/lease owed to the Secured Creditors/Lessors as described in this motion; and/or

   c. ☐ Movant moves for an order **imposing a stay** as to *all creditors*.

   d. ☐ Movant moves for an order **continuing the automatic stay** with respect to *any and all actions* against the Debtor and the estate taken concerning the debt/lease owed to the Secured Creditor/Lessor; and/or

   e. ☒ Movant moves for an order **continuing the automatic stay** as to *all creditors*.

2. **Case History:**

   a. ☒ A voluntary ☐ An involuntary petition concerning an individual[s] under Chapter ☐ 7 ☐ 11 ☐ 12 ☒ 13
   was filed concerning the present case on *(specify date)*: 8/19/09

   b. ☐ An Order of Conversion to Chapter ☐ 7 ☐ 11 ☐ 12 ☐ 13
   was entered on *(specify date)*:

   c. ☐ Plan was confirmed on *(specify date)*:

*(Continued on next page)*

1.  **The Property or Debt at Issued:**

    a.  ☐ Movant moves for an order imposing a stay with respect to the following property ("this Property" or "the Property")

    ☒ Vehicle (*describe year, manufacturer, type, and model*): 2004 GMC Envoy
    *Vehicle Identification Number:*
    *Location of vehicle (if known):* Unknown

Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 4 of* 9    **F 4001-1M.IS**

| In re | (SHORT TITLE) | | CHAPTER: 13 |
|---|---|---|---|
| | Carl R. Daniels | Debtor(s). | CASE NO.: SV09-21176-GM |

d. ☒ Other bankruptcy cases filed by or against this Debtor have been pending within the past year preceding the petition date in this case. These cases and the reasons for dismissal are:

   1. Case Name: Carl R. Daniels
      Case Number: 1:09-bk-11536-KT  Chapter: 13
      Date Filed: 02/12/2009   Date Dismissed: 08/06/2009
      Relief from stay re this property  ☒ was  ☐ was not granted
      Reason for dismissal: FAILURE TO MAKE REQUIRED PAYMENTS.

   2. Case Name:
      Case Number:      Chapter:
      Date Filed:       Date Dismissed:
      Relief from stay re this property  ☐ was  ☐ was not granted
      Reason for dismissal:

      ☐ See attached continuation page

e. ☐ As of the date of this motion the Debtor ☐ has ☐ has not filed a statement of intentions regarding this Property as required under 11 U.S.C.§521(a)(2). If a statement of intentions has been filed, Debtor ☐ has ☐ has not performed as promised therein.

f. ☐ The first date set for the meeting of creditors under 11 U.S.C.§341(a) is/was _____ and the court ☐ has ☐ has not fixed a later date for performance by Debtor of the obligations described at 11 U.S.C.§521(a)(2). The extended date (if applicable) is _____.

g. ☐ In a previous case(s), as of the date of dismissal there was ☐ an action by the Secured Creditor/Lessor under 11 U.S.C.§362(d) still pending or ☐ such action had been resolved by an order terminating, conditioning or limiting the stay as to such creditor.

3. The equity in the property is calculated as follows:

   a. 1. Property description/value: 26617 Redstart Ct.                     $ 333,000.00
      2. Creditor/Lien amount: SPS                                          $ 465,658.37
      3. Creditor/Lien amount: Rainbow Glen Estates Owners Assoc.           $   1,713.00
      4. Creditor/Lien amount: _____              $
      5. Creditor/Lien amount: _____              $
      6. Total Liens                                                        $ 467,371.37
      7. Debtor's Homestead Exemption                                       $  75,000.00
      8. Equity in the Property (subtract lines 6 and 7 from line 1 and enter here) $ -209,371.37

   b. 1. Property description/value: 2005 Chrysler PT Cruiser               $  12,000.00
      2. Creditor/Lien amount: Americredit                                  $  14,786.00
      3. Creditor/Lien amount: _____              $
      4. Creditor/Lien amount: _____              $
      5. Creditor/Lien amount: _____              $
      6. Total Liens                                                        $  14,786.00
      7. Debtor's Homestead Exemption                                       $
      8. Equity in the Property (subtract lines 6 and 7 from line 1 and enter here) $  -2,786.00

      ☒ See attached continuation page(s)

4. **Grounds for Continuing The Stay:**

   a. ☐ Pursuant to 11 U.S.C.§362(c)(3) the stay should be continued on the following grounds:

      1. ☐ The present case was filed in good faith notwithstanding that a prior single or joint case filed by or against the individual debtor which was pending within the year preceding the petition date was dismissed, because:

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised October 2005                                                              **F 4001-1M.IS**

3. The equity in the property is calculated as follows:

    c.
1. Property description/value:   2004 GMC Envoy          $    8,000.00
2. Creditor/Lien amount:   Americredit                          $  12,995.00
3. Creditor/Lien amount:   _____        $  _____
4. Creditor/Lien amount:   _____        $  _____
5. Creditor/Lien amount:   _____        $  _____
6. Total Liens                                                              $  12,995.00
7. Debtor's Homestead Exemption                          $  _____
8. Equity in the Property                                            $   -4,995.00

A. ☐ The prior dismissal was of a case not refiled under Chapter 7 after dismissal under 11 U.S.C. § 707(b);

B. ☒ Good faith is shown because _____
    SEE ATTACHED

☒ See attached continuation page(s)

2. ☐ The Property is of consequential value or benefit to the estate because:

   A. ☐ The fair market value of the Property is greater than all liens on the property as shown above in paragraph 3 and as supported by declarations attached (describe separately as to each property);

   B. ☒ The Property is necessary to a reorganization for the following reasons: _____
       IT IS THE DEBTOR'S PRIMARY RESIDENCE

   ☐ See attached continuation page

   C. ☐ The Secured Creditor/Lessor's interest can be adequately protected by (describe Movant's proposal for adequate protection): _____

   ☐ See attached continuation page

3. ☐ The presumption of a bad faith filing under 11 U.S.C.§362(c)(3)(C)(i) is overcome in this case as to *all creditors* because:

   A. ☐ The prior dismissal was pursuant to the creation of a debt repayment plan. 11 U.S.C.§362(i);

   B. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 and resulting in dismissal was excusable because such failure was caused by the negligence of debtor's attorney;

   C. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 and resulting dismissal was excusable because _____

   ☐ See attached continuation page

   D. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because _____

   ☐ See attached continuation page

   E. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because _____

   ☐ See attached continuation page

   F. ☐ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows: _____. From this, the Court may conclude that this case, if a case under Chapter 7, will result in a discharge or, if under Chapter 11 or 13, in a confirmed plan that will be fully performed.
   ☐ See attached continuation page

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised October 2005                                                F 4001-1M.IS

4. Grounds for Continuing the Stay:
   a. ☒Pursuant to 11 U.S.C.§362(c)(3) the stay should be continued on the following grounds:

   1. ☒ The present case was filed in good faith notwithstanding that the prior single or joint cases filed by or against the individual debtor pending within the year preceding the petition date were dismissed because:

   B. ☒ Good Faith is shown because:

   After the filing of Mr. Daniels' first case his daughter entered into financial difficulty and was unable to per her own college expenses. At that point Mr. Daniels began making payments towards her educational expenses. Although, well intentioned, this gesture strained him financially to the point where he couldn't afford his mortgage payments. His Chapter 13 Bankruptcy was not confirmed as he was unable to show that he had made his post-petition mortgage payment.

   In the current case, Mr. Daniels' daughter has decided not to reenroll at her University. Therefore, Mr. Daniels will no longer be assisting his daughter with her educational expenses and he will be able to preserve these funds to afford his mortgage payments. Attached hereto as Exhibit "A" is a true and correct copy of documents from University of Nevada, Las Vegas's website evidencing Alexandria Daniels's failure to reenroll.



FALL 2009 REGISTRATION OPENS MARCH 23, 2009

## Add / Drop / Find Classes

Student Id: L000631544          Date: 08/17/09          Semester: FALL 2009

**You are unable to enroll at this time.**

**Your records are on financial hold.**

**NOTE: FEES, TUITION AND OTHER CHARGES SUBJECT TO CHANGE WITHOUT FURTHER NOTICE**
Notwithstanding currently posted tuition and fees, all fees, tuition or other charges which students are required to pay each semester are subject to increase by action of the Board of Regents at any time before the commencement of classes (primarily due to budgetary shortfalls). The amount you are charged at the time of registration is not a final bill and may be increased. You will receive a supplemental invoice for any additional amounts which the Board of Regents may impose. Fee changes put in place less than 30 days before commencement of classes will not be subject to late fee penalties.

| End Session | Menu | Print This Page |



# Student Financial Services

| Login | Student Information | My Aid Status | | |
|---|---|---|---|---|

Glossary  Help  Log Out

## 2009-2010

.DANIELS, ALEXANDRIA..N.

<< BACK >>

The following awards are those that have issues associated with them. These issues HAVE HELD the processing of your financial assistance. If you have any specific questions regarding these issues, please Contact SFS.

| Fall Awards, 2009-2010 | Amount | Status | Date |
|---|---|---|---|
| Federal Parent Loan (PLUS) | $8,665.00 | Issues | 08-17-09 |
| Contact SFS We are unable to disburse this award due to an adverse credit decision. Please contact our office at 702-895-3424 for further information. | | | |
| Federal Subsidized Loan | $1,750.00 | Issues | 08-17-09 |
| Enrollment Issue Your aid cannot disburse until you have registered for classes at UNLV. If you have decided not to attend, please contact us in writing so we may cancel your aid. | | | |
| Federal Unsubsidized Loan | $1,000.00 | Issues | 08-17-09 |
| Enrollment Issue Your aid cannot disburse until you have registered for classes at UNLV. If you have decided not to attend, please contact us in writing so we may cancel your aid. | | | |




Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 6 of 9*   F 4001-1M.IS

| In re | (SHORT TITLE) | | CHAPTER: 13 |
|---|---|---|---|
| Carl R. Daniels | | Debtor(s). | CASE NO.: SV09-21176-GM |

G. ☐ For the following additional reasons _____

☐ See attached continuation page

4. ☐ The presumption of a bad faith filing as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(3)(C)(ii) is overcome in this case because _____

☐ See attached continuation page

5. **Grounds for Imposing a Stay:**

  a. ☐ Pursuant to 11 U.S.C. §362(c)(4) this case was filed in good faith and grounds exist for imposing a stay as follows:

   1. ☐ The Property is of consequential value or benefit to the estate because the fair market value of the Property is greater than all liens on the property as shown above in paragraph 3 and as supported by declarations attached.

   2. ☐ The Property is of consequential value or benefit to the estate because the Property is necessary to a reorganization for the following reasons: _____

   ☐ See attached continuation page

   3. ☐ The Secured Creditor/Lessor's interest can be adequately protected by (describe Movant's proposal for adequate protection): _____

   ☐ See attached continuation page

  b. ☐ The present case was filed in good faith notwithstanding that the prior single or joint cases filed by or against the individual debtor pending within the year preceding the petition date were dismissed, because:

   1. ☐ The prior dismissal was of a case not refiled under Chapter 7 after dismissal under 11 U.S.C. § 707(b);

   2. ☐ Good faith is shown because _____

   ☐ See attached continuation page

  c. ☐ The presumption of a bad faith filing under 11 U.S.C.§362(c)(4)(D)(i) is overcome in this case as to *all creditors* because:

   1. ☐ Debtor had a substantial excuse in failing to file or amend the petition or other documents as required by the court or Title 11, resulting in the prior dismissal(s) as follows: _____

   ☐ See attached continuation page

   2. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 and resulting dismissal was as the result of the negligence of Debtor's attorney;

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised October 2005    F 4001-1M.IS

3. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because ___

___

☐ See attached continuation page

4. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because ___

___

☐ See attached continuation page

5. ☐ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows: ___

___(from which the Court may conclude that this case, if a case under Chapter 7, may be concluded with a discharge or, if under Chapter 11 or 13, with a confirmed plan that will be fully performed.
☐ See attached continuation page

6. ☐ For the following additional reasons ___

___

☐ See attached continuation page

d. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(4)(D)(ii) is overcome in this case because ___

___

☐ See attached continuation page

6. **Evidence in Support of Motion:** *(Important Note: Declaration(s) in support of the Motion MUST be attached hereto.)*

   a. ☒ Movant submits the attached Declaration(s) on the Court's approved forms (if applicable) to provide evidence in support of this Motion pursuant to Local Bankruptcy Rules.

   b. ☐ Other Declaration(s) are also attached in support of this Motion.

   c. ☐ Movant requests that the Court consider as admissions the statements made by Debtor(s) under penalty of perjury concerning Movant's claims and the Property set forth in Debtor's(s') Schedules. Authenticated copies of the relevant portions of the Schedules are attached as Exhibit ___.

   d. ☐ Other evidence *(specify)*:

7. ☐ An optional Memorandum of Points and Authorities is attached to this Motion.

**WHEREFORE, Movant prays that this Court issue an Order Imposing a Stay and granting the following** *(specify forms of relief requested)*:

1. ☒ That the Automatic Stay be continued in effect as to *all creditors* until further order of the court.

2. ☐ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised October 2005                                                                                           F 4001-1M.IS

| In re (SHORT TITLE) | CHAPTER: 13 |
|---|---|
| Carl R. Daniels                              Debtor(s). | CASE NO.: SV09-21176-GM |

3. ☐ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

4. ☐ That a Stay be imposed as to *all creditors* until further order of the court.

5. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

6. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

7. ☐ For adequate protection of the Secured Creditor/Lessor by (specify proposed adequate protection) _____
_____

8. ☐ For other relief requested, see attached continuation page.

Dated: 9/9/09

Respectfully submitted,

Carl R. Daniels
*Movant Name*

SIMON & RESNIK LLP
*Firm Name of Attorney for Movant (if applicable)*

By: _____
*Signature*

Name: KEVIN T. SIMON
*Typed Name of Individual Movant or Attorney for Movant*

## DECLARATION OF MOVANT

I, Carl R. Daniels _____, am the _____ of Movant. I have read the foregoing motion consisting of 8 pages, and the attached materials incorporated therein by reference. I declare that the foregoing is true and correct to the best of my knowledge. If reference is made to balances owing, my testimony regarding same is based upon the business records of Movant kept in the ordinary course of business of Movant by persons whose responsibility it is to accurately and faithfully record information as to the debtor's account on or near the date of events recorded. I am one of the custodians of such business records. Executed this 9 day of Sept., 2009 at Sherman Oaks, CA.

_____
(Signature of declarant)

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised October 2005                                                          F 4001-1M.IS

| In re | (SHORT TITLE) | CHAPTER: 13 |
|---|---|---|
| Carl R. Daniels | Debtor(s). | CASE NO.: SV09-21176-GM |

## PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF Los Angeles

1. I am over the age of 18 and not a party to the within action. My business address is as follows:

   SIMON & RESNIK, LLP, 15233 VENTURA BOULEVARD, SUITE 300, SHERMAN OAKS, CA 91403

2. **Regular Mail Service:** On 9/9/09 , pursuant to Local Bankruptcy Rule 9013-1, I served the documents described as: NOTICE OF MOTION and MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (with supporting declarations) on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at Sherman Oaks , California, addressed as set forth on the attached list.

   **NOTE:** If the Notice and Motion have been served pursuant to an Order Shortening Time ("Order"), you must file a Proof of Service that indicates that the notice and service requirements contained in the Order have been met.

3. **See attached list for names and addresses of all parties and counsel that have been served.** (In the manner set forth in Local Bankruptcy Rule 7004-1(b), specify capacity in which service is made; e.g., Debtor(s), Debtor's(s') Attorney, Trustee, Trustee's Attorney, Creditors Committee, or 20 largest unsecured creditors, etc.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 9/9/09

Stefanie Guzman
_Typed Name_                    _Signature_

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised October 2005                                    F 4001-1M.IS

Debtor
Carl Daniels
26617 Redstart Ct.
Canyon Country, CA 91351

Attorney for U.S. Bank National
Association
Alan Steven Wolf
38 Corporate Park
Irvine, CA 92606

Americredit
PO Box 183853
Arlington, TX 76096

Applied Card Bank
Attention: General Inquiries
PO Box 17125
Wilmington, DE 19850

Ascent Card Services LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Cashcall Inc
Attention: Bankruptcy Department
1600 S. Douglass Rd.
Anaheim, CA 92806

Cella Daniels
26617 Redstart Ct.
Canyon Country, CA 91351

Chapter 13 Trustee
Elizabeth F. Rojas
Noble Professional Center
15060 Ventura Blvd., Suite #240
Sherman Oaks, CA 91403

Attorney for AmeriCredit Financial
Services, Inc.
Christopher J Langley
535 Anton Blvd 10th Fl
Costa Mesa, CA 92626

First National Bank of Marin
Customer Service
PO Box 98873
Las Vegas, NV 89193

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
POB 2952
SACRAMENTO CA 95812-2952

Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-9617

National Default Servicing Corp.
2525 East Camelback Road, #200
Phoenix, AZ 85016

QuickClick Loans, LLC
a Georgia Limited Liability Company
PO Box 5040
Alpharetta, GA 30023

Rainbow Glen Estates Owners Assoc.
A California Corporation
PO Box 802875
Santa Clarita, CA 91380

Rickenbacker Group
15005 Concord Cir.
Morgan Hill, CA 95037

Simon & Resnik, LLP
Kevin T. Simon
15233 Ventura Blvd., Ste. 300
Sherman Oaks, CA 91403

SPS
Attn: Bankruptcy
PO Box 65250
Salt Lake City, UT 84165-0250

Select Portfolio Servicing, Inc.
P.O. Box 65450
Salt Lake City, UT 84165

The Premier Company
401 South Milwaukee Avenue 29
Wheeling, IL 60090

United States Trustee
21051 Warner Center Lane
Suite 115
Woodland Hills, CA 91367

Verizon Wireless
15900 SE Eastgate Way
Bellevue, WA 98008