| Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Alan S. Wolf**        BAR ID: 94665<br>Daniel K. Fujimoto        BAR ID: 158575<br>The Wolf Firm, A Law Corporation<br>2955 Main Street, Second Floor, Irvine, CA 92614<br>**Telephone # (949) 720-9200        Fax # (949) 608-0128**<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for Movant* | **FILED & ENTERED**<br><br>**FEB 06 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY gonzalez  DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>Carl R. Daniels | CHAPTER: 13 |
|---|---|
| | CASE NO.: 1:09-bk-21176-KT |
| Debtor(s). | DATE:  2/4/10<br>TIME: 9:30 am<br>CTRM: 301<br>FLOOR: 3rd |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
### UNDER 11 U.S.C. § 362 (Real Property)
### (MOVANT: <u>U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-6 Home Equity Pass Through Certificates, Series 2006-6</u>)

1. The Motion was:        ☒ Contested        ☐ Uncontested        ☐ Settled by Stipulation

2. The Motion affects the following real property ("Property"):

   *Street Address: 26617 Redstart Court*
   *Apartment/Suite No.:*
   *City, State, Zip Code: Santa Clarita, CA 91351*

   Legal description or document recording number (including county of recording):

   See Document No. 06 0705865 Recorded in the Official Records, Recorder's Office, of Los Angeles County on 4/3/2006

   ☐ See attached page.

3. The Motion is granted under:        ☒ 11 U.S.C. § 362(d)(1)        ☐ 11 U.S.C. § 362(d)(2)        ☐ 11 U.S.C. § 362(d)(3)
   ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
   a.        ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
   b.        ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c.        ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                    **F 4001-10.RP**

**F 4001-10.RP**

Order on Motion for Relief from Stay (Real Property) – Page 2 of 5

| In re:<br>Carl R. Daniels | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 1:09-bk-21176-KT |

6. ☒ Movant shall not conduct a foreclosure sale before the following date *(specify)*: **March 8, 2010**

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

☐ multiple bankruptcy filings affecting the Property.

If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)4(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*     **F 4001-10.RP**

F 4001-10.RP

Order on Motion for Relief from Stay (Real Property) – Page 3 of 5

| In re:<br>Carl R. Daniels | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 1:09-bk-21176-KT |

10. This Court further orders as follows:

a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

b. ☒ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-10-ER).*

d. ☐ See attached continuation page for additional provisions.

###

DATED: February 6, 2010

*Kathleen Thompson*

_____
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*
F 4001-10.RP

**F 4001-10.RP**

Order on Motion for Relief from Stay (Real Property) – Page 4 of 5

| In re:<br>Carl R. Daniels<br><br>Debtor(s). | CHAPTER 13<br><br>CASE NUMBER 1:09-bk-21176-KT |
| --- | --- |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

The Wolf Firm
2955 Main Street, Second Floor
Irvine, CA 92614

A true and correct copy of the foregoing document described <u>ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  <u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL</u>**(indicate method for each person or entity served)**:**
On <u>February 4, 2010</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Debtor: Carl R. Daniels, 26617 Redstart Court, Canyon Country, CA  91351 (U.S. Mail)
Debtor's Counsel: Kevin T Simon, 15233 Ventura Blvd Ste 300, Sherman Oaks, CA 91403 (U.S. Mail)
Chapter 13 Trustee: Elizabeth (SV) Rojas, 15060 Ventura Blvd., Suite 240, Sherman Oaks, CA 91403 (U.S. Mail)
United States Trustee (SV): 21051 Warner Center Lane, Suite 115, Woodland Hills, CA 91367  (U.S. Mail)
Junior Lienholder: Rainbow Glen Estates Owners Assoc., PO Box 802875, Santa Clarita, CA  91380 (U.S. Mail)
Judge Kathleen Thompson, 21041 Burbank Blvd., Suite 305, Woodland Hills, CA 91367-6606 (U.S. Mail)

☐ Service information continued on attached page

**III.  <u>SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL</u>** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/4/10 | Osmayda Nino | /s/ Osmayda Nino |
| --- | --- | --- |
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                   **F 4001-10.RP**

**F 4001-10.RP**

Order on Motion for Relief from Stay (Real Property) – Page 5 of 5

| | |
|---|---|
| In re:<br>Carl R. Daniels<br><br>Debtor(s). | CHAPTER 13<br><br>CASE NUMBER 1:09-bk-21176-KT |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** ¾ Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of February 4, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Debtor's Counsel: Kevin T Simon, kevin@ktsimonlaw.com
Chapter 13 Trustee: Elizabeth (SV) Rojas, cacb_ecf_sv@ch13wla.com
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Movant's Counsel: Alan Steven Wolf, wdk@wolffirm.com

☐ Service information continued on attached page

**II.   SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor: Carl R. Daniels, 26617 Redstart Court, Canyon Country, CA  91351 (U.S. Mail)

☐ Service information continued on attached page

**III.   TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Junior Lienholder: Rainbow Glen Estates Owners Assoc., PO Box 802875, Santa Clarita, CA  91380 (U.S. Mail)

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.